**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: GILL, JACK W. | § Case No. 12-82940 |
|       GILL, DARLENE M | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>STEPHEN G. BALSLEY</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    U.S. Courthouse
    327 South Church Street
    Room 1100
    Rockford, IL  61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 01/30/2013 in Courtroom 3100, United States Courthouse,
U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date:  / /                    By:    /s/ STEPHEN G. BALSLEY
                                                                                    Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: GILL, JACK W. § Case No. 12-82940
      GILL, DARLENE M §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 6,000.00 |
| *and approved disbursements of* | $ 75.00 |
| *leaving a balance on hand of* [1] | $ 5,925.00 |
| **Balance on hand:** | $ 5,925.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | | None | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 5,925.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,350.00 | 0.00 | 1,350.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 1,738.50 | 0.00 | 1,738.50 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 3,088.50 |
| Remaining balance: | $ 2,836.50 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,836.50

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 2,836.50

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 66,892.01 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Commerce Bank | 10,480.19 | 0.00 | 444.40 |
| 2 | PYOD, LLC successors & assigns as assignee Citibank | 32,435.03 | 0.00 | 1,375.38 |
| 3 | FIA CARD SERVICES, N.A. | 17,431.19 | 0.00 | 739.16 |
| 4 | CERASTES, LLC | 6,545.60 | 0.00 | 277.56 |

Total to be paid for timely general unsecured claims: $ 2,836.50
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/STEPHEN G. BALSLEY
Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                             Case No. 12-82940-TML
Jack W. Gill                                                       Chapter 7
Darlene M Gill
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: kkrystave          Page 1 of 2          Date Rcvd: Jan 09, 2013
                              Form ID: pdf006          Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2013.
db/jdb     +Jack W. Gill,   Darlene M Gill,   1411 Hollian Drive,   Spring Grove, IL 60081-7935
19260148   +Bank of America,   c/o Encore Receivables,   P.O. Box 3330,   Olathe, KS 66063-3330
19260149   +Chase Card,   P.O. Box 15298,   Wilmington, DE 19850-5298
19260151   +Chase Home Mortgage,   P.O. Box 44099,   Jacksonville, FL 32231-4099
19260152   +CitiGold Card,   P.O. Box 6500,   Sioux Falls, SD 57117-6500
19506893    FIA CARD SERVICES, N.A.,   4161 Piedmont Parkway,   NC4 105 03 14,   Greensboro, NC 27410
19260154   +Ford Motor Credit,   P.O. Box 790093,   Saint Louis, MO 63179-0093
19260156   +LLBean Visa,   P.O Box 8802,   Wilmington, DE 19899-8802
19260157   +Wells Fargo,   P.O. Box 10335,   Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19295311   +E-mail/Text: snelson@califf.com Jan 10 2013 01:51:41     C/O Steven L. Nelson,   P.O. Box 719,
             Moline, IL 61266-0719
19743198   +E-mail/Text: bncmail@w-legal.com Jan 10 2013 04:08:35     CERASTES, LLC,
             C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
19260153   +E-mail/Text: bankruptcy@commercebank.com Jan 10 2013 04:04:32     Commerce Bank,
             P.O. Box 411036,   Kansas City, MO 64141-1036
19451132    E-mail/Text: bankruptcy@commercebank.com Jan 10 2013 04:04:32     Commerce Bank,   P O BOX 419248,
             KCREC-10,   Kansas City, MO 64141-6248
19296784   +E-mail/Text: snelson@califf.com Jan 10 2013 01:51:41     FORD MOTOR CREDIT COMPANY LLC,
             c/o Steven L. Nelson,   CALIFF & HARPER PC,   P.O. Box 719,   Moline, IL 61266-0719
19260155   +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 10 2013 01:52:33     Kohl's,   P.O. Box 3115,
             Milwaukee, WI 53201-3115
19456090   +E-mail/Text: resurgentbknotifications@resurgent.com Jan 10 2013 01:51:08
             PYOD, LLC its successors and assigns as assignee,   of Citibank,   Resurgent Capital Services,
             PO Box 19008,   Greenville, SC 29602-9008
                                                                                              TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19260150*  +Chase Card,   P.O. Box 15298,   Wilmington, DE 19850-5298
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 11, 2013**             **Signature:**        *Joseph Speetjens*

```
District/off: 0752-3          User: kkrystave              Page 2 of 2                  Date Rcvd: Jan 09, 2013
                              Form ID: pdf006              Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2013 at the address(es) listed below:
```
              Cynthia J Briscoe    on behalf of Debtor Jack W. Gill briscoelaw@earthlink.net
              Cynthia J Briscoe    on behalf of Joint Debtor Darlene M Gill briscoelaw@earthlink.net
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Stephen G Balsley    on behalf of Trustee Stephen G Balsley sbalsley@bslbv.com,   IL47@ecfcbis.com
              Stephen G Balsley    sbalsley@bslbv.com,   IL47@ecfcbis.com
              Steven L Nelson    on behalf of Creditor    Ford Motor Credit Company LLC snelson@califf.com
                                                                                             TOTAL: 6
```