# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

|  |  |  |
|---|---|---|
| In re: GILL, JACK W. | § | Case No. 12-82940 |
| GILL, DARLENE M | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: _568,645.63_ *(without deducting any secured claims)* | Assets Exempt: _232,833.25_ |
| Total Distribution to Claimants: _$2,836.50_ | Claims Discharged Without Payment: _$100,207.51_ |
| Total Expenses of Administration: _$3,163.50_ | |

3) Total gross receipts of $     6,000.00     (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     0.00     (see **Exhibit 2**), yielded net receipts of $6,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $510,965.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,163.50 | 3,163.50 | 3,163.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 99,915.22 | 66,892.01 | 66,892.01 | 2,836.50 |
| **TOTAL DISBURSEMENTS** | $610,880.22 | $70,055.51 | $70,055.51 | $6,000.00 |

4) This case was originally filed under Chapter 7 on July 31, 2012. The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/24/2013          By: /s/STEPHEN G. BALSLEY
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2008 Dodge Caravan | 1129-000 | 4,000.00 |
| 2012 Ford Focus 4 dr | 1129-000 | 2,000.00 |
| **TOTAL GROSS RECEIPTS** | | $6,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Wells Fargo | 4110-000 | 404,617.00 | N/A | N/A | 0.00 |
| NOTFILED | Ford Motor Credit | 4110-000 | 9,633.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Home Mortgage | 4110-000 | 96,715.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $510,965.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,350.00 | 1,350.00 | 1,350.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 1,738.50 | 1,738.50 | 1,738.50 |

**UST Form 101-7-TDR (10/1/2010)**

| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,163.50 | $3,163.50 | $3,163.50 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Commerce Bank | 7100-000 | 10,026.86 | 10,480.19 | 10,480.19 | 444.40 |
| 2 | PYOD, LLC successors & assigns as assignee Citibank | 7100-000 | 30,443.00 | 32,435.03 | 32,435.03 | 1,375.38 |
| 3 | FIA CARD SERVICES, N.A. | 7100-000 | 16,716.99 | 17,431.19 | 17,431.19 | 739.16 |
| 4 | CERASTES, LLC | 7100-000 | 6,576.37 | 6,545.60 | 6,545.60 | 277.56 |
| NOTFILED | Chase Card | 7100-000 | 20,887.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohl's | 7100-000 | 315.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Card | 7100-000 | 14,950.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $99,915.22 | $66,892.01 | $66,892.01 | $2,836.50 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page:  1

| | | |
|---|---|---|
| Case Number: | 12-82940 | |
| Case Name: | GILL, JACK W. | |
| | GILL, DARLENE M | |
| Period Ending: | 04/24/13 | |

| | |
|---|---|
| Trustee: | (330410)    STEPHEN G. BALSLEY |
| Filed (f) or Converted to (c): | 07/31/12 (f) |
| §341(a) Meeting Date: | 09/06/12 |
| Claims Bar Date: | 12/17/12 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence 1411 Hollian Drive Spring Grove, IL | 370,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account Chase Bank | 849.00 | 0.00 | | 0.00 | FA |
| 4 | Checking account TCF | 1,500.00 | 0.00 | | 0.00 | FA |
| 5 | Checking account TCF | 557.00 | 0.00 | | 0.00 | FA |
| 6 | Savings account Chase Bank | 11.38 | 0.00 | | 0.00 | FA |
| 7 | Sofas,recliner,tables chairs, lamps,TV's, stereo | 4,000.00 | 0.00 | | 0.00 | FA |
| 8 | Books, CD's pictures | 200.00 | 0.00 | | 0.00 | FA |
| 9 | Wearing apparel | 400.00 | 0.00 | | 0.00 | FA |
| 10 | watches, wedding rings | 1,000.00 | 0.00 | | 0.00 | FA |
| 11 | 1 bicycle | 50.00 | 0.00 | | 0.00 | FA |
| 12 | 1 camera | 70.00 | 0.00 | | 0.00 | FA |
| 13 | Farmers New World Policy | 11,046.63 | 0.00 | | 0.00 | FA |
| 14 | Farmers New World Policy | 2,159.62 | 0.00 | | 0.00 | FA |
| 15 | 401(k) Fidelity ( GE Plan) | 17,304.00 | 0.00 | | 0.00 | FA |
| 16 | 401(k) Fidelity ( Cardinal)` | 159,123.00 | 0.00 | | 0.00 | FA |
| 17 | 2008 Dodge Caravan<br>    See Order to Sell Assets entered 10/17/12. | 11,525.00 | 4,000.00 | | 4,000.00 | FA |
| 18 | 2012 Ford Focus 4 dr<br>    See Order to Sell Assets entered 10/17/12. | 19,457.00 | 2,000.00 | | 2,000.00 | FA |
| 19 | Computer,printer | 275.00 | 0.00 | | 0.00 | FA |
| 19 | **Assets**    **Totals** (Excluding unknown values) | **$599,627.63** | **$6,000.00** | | **$6,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 12-82940 | Trustee:    (330410)    STEPHEN G. BALSLEY |
| Case Name:    GILL, JACK W. | Filed (f) or Converted (c):  07/31/12 (f) |
|                      GILL, DARLENE M | §341(a) Meeting Date:  09/06/12 |
| Period Ending: 04/24/13 | Claims Bar Date:  12/17/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)  Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):    January 31, 2013          Current Projected Date Of Final Report (TFR):    December 19, 2012  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 12-82940 |
| Case Name: | GILL, JACK W. |
| | GILL, DARLENE M |
| Taxpayer ID #: | **-***3236 |
| Period Ending: | 04/24/13 |

| | |
|---|---|
| Trustee: | STEPHEN G. BALSLEY (330410) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******04-66 - Checking Account |
| Blanket Bond: | $296,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 09/22/12 | | Darlene Gill | Bankruptcy Estate's interest in Dodge Caravan and Ford Focus | | | 5,000.00 | | 5,000.00 |
| | {17} | | Payment in full for the purchase of the Bankruptcy Estate's interest | 4,000.00 | 1129-000 | | | 5,000.00 |
| | {18} | | Partial Payment toward the purchase of the Bankruptcy Estate's interest | 1,000.00 | 1129-000 | | | 5,000.00 |
| 09/22/12 | {18} | Darlene Gill | Final payment toward Bankruptcy Estate's interest in Ford Focus | | 1129-000 | 1,000.00 | | 6,000.00 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 5,975.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 5,950.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 5,925.00 |
| 12/18/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033041088 20121218 | | 9999-000 | | 5,925.00 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 6,000.00 | 6,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 5,925.00 | |
| Subtotal | 6,000.00 | 75.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $6,000.00 | $75.00 | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 12-82940 |
| **Case Name:** | GILL, JACK W. |
| | GILL, DARLENE M |
| **Taxpayer ID #:** | **-***3236 |
| **Period Ending:** | 04/24/13 |

| | |
|---|---|
| **Trustee:** | STEPHEN G. BALSLEY (330410) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ****818266 - Checking Account |
| **Blanket Bond:** | $296,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/19/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 5,925.00 | | 5,925.00 |
| 01/30/13 | 10101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,738.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,738.50 | 4,186.50 |
| 01/30/13 | 10102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,350.00, Trustee Compensation; Reference: | 2100-000 | | 1,350.00 | 2,836.50 |
| 01/30/13 | 10103 | Commerce Bank | Dividend paid 4.24% on $10,480.19; Claim# 1; Filed: $10,480.19; Reference: | 7100-000 | | 444.40 | 2,392.10 |
| 01/30/13 | 10104 | PYOD, LLC successors & assigns as assignee Citibank | Dividend paid 4.24% on $32,435.03; Claim# 2; Filed: $32,435.03; Reference: | 7100-000 | | 1,375.38 | 1,016.72 |
| 01/30/13 | 10105 | FIA CARD SERVICES, N.A. | Dividend paid 4.24% on $17,431.19; Claim# 3; Filed: $17,431.19; Reference: | 7100-000 | | 739.16 | 277.56 |
| 01/30/13 | 10106 | CERASTES, LLC | Dividend paid 4.24% on $6,545.60; Claim# 4; Filed: $6,545.60; Reference: | 7100-000 | | 277.56 | 0.00 |

| | Receipts | Disbursements | Checking Account Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 5,925.00 | 5,925.00 | $0.00 |
| Less: Bank Transfers | 5,925.00 | 0.00 | |
| **Subtotal** | 0.00 | 5,925.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $5,925.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-*****04-66** | 6,000.00 | 75.00 | 0.00 |
| **Checking # ****818266** | 0.00 | 5,925.00 | 0.00 |
| | $6,000.00 | $6,000.00 | $0.00 |

{} Asset reference(s)